NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHURE INCORPORATED,**
*Appellant*

**v.**

**CLEARONE, INC.,**
*Appellee*

---

2019-1755

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01785.

---

**JUDGMENT**

---

MEREDITH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for appellant.  Also represented by HELEN DUTTON, Irvine, CA; ROBERT PATRICK HART, Chicago, IL; THOMAS J. CAMPBELL, JR., Neal, Gerber & Eisenberg, LLP, Chicago, IL.

MATTHEW C. PHILLIPS, Laurence & Phillips IP Law LLP, Portland, OR, argued for appellee.  Also represented by DEREK MEEKER; KEVIN BRENT LAURENCE, Washington, DC; XINLIN LI MORROW, The Morrow Firm, Los Angeles,

CA; CHRISTINA MARIE RAYBURN, Hueston Hennigan LLP, Newport Beach, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 6, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |